THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ENRIQUE AGUILAR-VALENCIA and GUSTAVO GARCIA-VALENCIA,<br>Defendants. | CASE NO. CR15-0202-JCC<br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to continue trial (Dkt. No. 213). Having considered the motions and the relevant record, the Court hereby GRANTS the motion and FINDS as follows:

1. The facts and circumstances are as set forth in the stipulated motion (Dkt. No. 213);

2. Defendants have filed a waiver of their rights under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq*., through a date later than the new trial date, set forth below (Dkt. Nos. 216, 218);

3. Failure to grant a continuance in this case will deny defense counsel the reasonable time necessary for effective preparation of trial and other pretrial proceedings, taking into account the exercise of due diligence;

4. Failure to grant a continuance would likely result in a miscarriage of justice, and the

case is complex due to such factors as the number of defendants;

5. The ends of justice served by granting this continuance outweigh the best interest of the public and Defendants in a speedy trial;

6. All these findings are made within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(i),(ii) and (iv);

7. The period of time from the filing date of the stipulated motion until the new trial date, set forth below, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

It is therefore ORDERED that the trial in this matter is CONTINUED to September 19, 2016.

DATED this 3rd day of May 2016.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk