THE HONORABLE JOHN C. COUGHENOUR

1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR15-0202-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| ENRIQUE AGUILAR-VALENCIA and GUSTAVO GARCIA-VALENCIA, | |
| Defendants. | |

10

11

12

13

14

15    The following Minute Order is made by direction of the Court, the Honorable John C.

16 Coughenour, United States District Judge:

17    This matter comes before the Court on the parties' stipulated motion to continue trial date

18 (Dkt. No. 267). Having considered the motion and the relevant record, the Court FINDS that:

19    1.    The facts and circumstances are as set forth in the stipulated motion;

20    2.    Failure to grant a continuance in this case will deny counsel the reasonable time

21 necessary for effective preparation of trial and other pretrial proceedings, taking into account the

22 exercise of due diligence;

23    3.    Failure to grant a continuance would likely result in a miscarriage of justice, and

24 the case is complex due to such factors as the number of defendants;

25    4.    The ends of justice served by granting this continuance outweigh the best interest

26 of the public and Defendants in a speedy trial;

MINUTE ORDER, CR15-0202-JCC
PAGE - 1

1    5.    All these findings are made within the meaning of 18 U.S.C. § 3161(h)(7)(A) and

2  (B)(i),(ii) and (iv);

3    6.    The period of time from the filing date of the motion until the new trial date, set

4  forth below, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C.

5  § 3161(h)(7)(A).

6    7.    Defendant Enrique Aguilar Valencia has waived his speedy trial right for the

7  period up to and including January 31, 2017. (Dkt. No. 268 at 1.)

8    The motion (Dkt. No. 267) is GRANTED. The jury trial in this matter is CONTINUED

9  from Monday, September 19, 2016 to Monday, January 30, 2017 at 9:30 a.m.

10   The Court ORDERS Defendant Gustavo Garcia-Valencia to immediately file with the

11  Court a waiver of his rights under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq*., through the

12  aforementioned trial date, consistent with this order.

13   The Court further ORDERS that all pretrial filings—including trial briefs, motions in

14  limine, proposed voir dire, proposed jury instructions, and proposed verdict forms—shall be

15  submitted no later than Monday, January 23, 2017. Objections or responses to any pretrial filings

16  shall be due by Wednesday, January 25, 2017. Regarding the proposed jury instructions, the

17  parties shall indicate which instructions they agree upon and which instructions are contested,

18  along with the basis for challenging each contested instruction.

19   DATED this 9th day of August 2016.

20
        William M. McCool
        Clerk of Court
21

22      s/Paula McNabb
        Deputy Clerk

23

24

25

26

MINUTE ORDER, CR15-0202-JCC
PAGE - 2