THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. C15-0202-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| ENRIQUE AGUILAR VALENCIA, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant Enrique Aguilar Valencia's letter to the Court requesting assistance in obtaining counsel for filing of a Rule 35(b) motion (Dkt. No. 336). Defendant is represented by CJA appointed counsel, Thomas Michael Kummerow. The Court instructs Defendant to direct any legal questions to his current counsel. The Court further DIRECTS the Clerk of Court to mail a copy of this order to Defendant and to Mr. Kummerow, and to provide Defendant with Mr. Kummerow's contact information.

DATED this 4th day of January 2018.

<u>William M. McCool</u>
Clerk of Court

<u>s/Tomas Hernandez</u>
Deputy Clerk