THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR15-0202-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| ENRIQUE AGUILAR VALENCIA, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the Government's motion for an extension of time to respond to Defendant's *pro se* motion for compassionate release (Dkt. No. 362). Having thoroughly considered the motion and the relevant record and finding good cause, the Court hereby GRANTS the motion. The Government's response to Defendant's motion must be filed no later than August 13, 2020. The Clerk is DIRECTED to renote Defendant's pending motion for compassionate release (Dkt. No. 361) to August 14, 2020. If Defendant is appointed counsel, the parties may file a stipulated briefing schedule for Defendant's motion.

//

//

//

1  DATED this 6th day of August 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk