THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | CASE NO. CR15-0202-JCC |
|---|---|
| Plaintiff, | MINUTE ORDER |
| v. | |
| ENRIQUE AGUILAR VALENCIA, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to stay Defendant's *pro se* motion for compassionate release (Dkt. No. 371). Having thoroughly considered the motion and the relevant record, the Court hereby ORDERS as follows:

1. Defendant's *pro se* motion for compassionate release (Dkt. No. 361) is hereby STAYED.
2. If Defendant's counsel determines that no amended or supplemental motion for compassionate release will be filed, Defendant's counsel must promptly notify the Court and counsel for the Government of that determination and of the need to continue the stay. Counsel for the Government will have five business days from the date the Court lifts the stay to file the Government's response to Defendant's *pro se* motion.
3. If Defendant's counsel determines that an amended or supplemental motion is to be filed,

1 the parties must promptly submit a stipulated briefing schedule for the amended or
2 supplemental motion.
3 DATED this 14th day of August 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
CR15-0202-JCC
PAGE - 2