THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br>   v.<br><br>ENRIQUE AGUILAR VALENCIA,<br><br>            Defendant. | CASE NO. CR15-0202-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion concerning a briefing schedule (Dkt. No. 375). Having thoroughly considered the motion and the relevant record, the Court hereby ORDERS as follows:

1. Counsel for Enrique Aguilar Valencia shall file any amended or substituted motion on or before October 19, 2020;
2. The United States shall file a response to the motions for reduction in sentence on or before November 2, 2020;
3. Any reply brief will be filed on or before November 6, 2020, and the matter noted for that date.
4. The Clerk is DIRECTED to re-note Mr. Valencia's motion for compassionate release

MINUTE ORDER
CR15-0202-JCC
PAGE - 1

(Dkt. No. 361) to November 6, 2020.

DATED this 16th day of October 2020.

<u>William M. McCool</u>
Clerk of Court

<u>s/Tomas Hernandez</u>
Deputy Clerk
