THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR15-0202-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| ENRIQUE AGUILAR-VALENCIA, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's motions for reconsideration (Dkt. No. 387) and to seal (Dkt. No. 388). Defendant fails to demonstrate manifest error or new facts or legal authority which could not have been brought to the Court's attention earlier with reasonable diligence. W.D. Wash. Local Crim. R. 12(b)(10). Therefore, the motion for reconsideration (Dkt. No. 387) is DENIED. Finding good cause, Defendant's motion to seal (Dkt. No. 388) is GRANTED. The Clerk is DIRECTED to maintain Docket Number 389 under seal.

DATED this 24th day of November 2020.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk

MINUTE ORDER
CR15-0202-JCC
PAGE - 1