THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>ENRIQUE AGUILAR-VALENCIA,<br><br>        Defendant. | CASE NO. CR15-0202-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's motion to appoint counsel (Dkt. No. 401). Mr. Aguilar-Valencia seeks the appointment of counsel to assist in the preparation of a motion seeking a reduction in sentence. (*Id.* at 1–2.) The Court has tasked the Office of the Federal Public Defender for the Western District of Washington ("FPD") with screening *pro se* motions for compassionate release to determine whether appointment of counsel is warranted. *See* General Order 03-19 (W.D. Wash. 2019). In fact, Mr. Aguilar-Valencia was previously appointed counsel, based on the FPD's recommendation for just this purpose, (*see* Dkt. No. 373), who filed a motion seeking a reduction in sentence (Dkt. No. 377). The Court denied that motion, finding that Mr. Aguilar-Valencia failed to demonstrate that he would not represent a danger to the safety of any person or the community. (*See* Dkt. No. 386 at 3.)

MINUTE ORDER
CR15-0202-JCC
PAGE - 1

1   In the instant motion, Mr. Aguilar-Valencia does not articulate what circumstances may
2 have changed to warrant a reconsideration of the Court's prior finding. As a result, the Court
3 FINDS that the appointment of counsel is not warranted here. Accordingly, Mr. Aguilar-
4 Valencia's motion (Dkt. No. 401) is DENIED.

5   DATED this 27th day of December 2021.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk