THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR15-0202-JCC-1 |
| Plaintiff, | MINUTE ORDER |
| v. | |
| ENRIQUE AGUILAR-VALENCIA, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's renewed motion to appoint counsel (Dkt. No. 403). Mr. Aguilar-Valencia again seeks the appointment of counsel to assist in the preparation of a motion seeking a reduction in sentence. (*Id.* at 1–6.) As the Court indicated in its prior order, Mr. Aguilar-Valencia was previously appointed counsel, based on the Federal Public Defender's recommendation, (*see* Dkt. No. 401 (citing Dkt. No. 373)), who filed a motion seeking a reduction in sentence (Dkt. No. 377). The Court denied that motion, finding that Mr. Aguilar-Valencia failed to demonstrate that he would not represent a danger to the safety of any person or the community. (*See* Dkt. No. 386 at 3.)

The instant motion, like the last one, fails to articulate what circumstances may have changed to warrant a reconsideration of the Court's prior ruling. As a result, the Court FINDS

that the appointment of counsel is not warranted here. Mr. Aguilar-Valencia's renewed motion (Dkt. No. 403) is DENIED.

DATED this 7th day of February 2022.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk
