The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ENRIQUE AGUILAR VALENCIA,<br><br>Defendant. | No. CR15-00202 JCC<br><br>[~~PROPOSED~~] ORDER GRANTING MOTION TO SEAL ATTACHMENTS A AND B TO GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR A SENTENCIE REDUCTION IN SENTENCE UNDER 18 U.S.C. § 3582(c)(1)(A) |

This matter has come before the Court on the motion (Dkt. No. 433) to seal Attachments A to Government's Response to Defendant's Motion for a Reduction in Sentence under 18 U.S.C. § 3582(c)(1)(A).   The Court has reviewed the motion and records in this case and finds there are compelling reasons to permit the filing under seal of the Attachments A and B to Government's Response to Defendant's Motion for a Reduction in Sentence under 18 U.S.C. § 3582(c)(1)(A), due to the sensitive information contained therein.

//
//
//
//

Sealing Order                                                          - 1
*U.S. v. Aguilar Valencia,* CR15-00202 JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

IT IS HEREBY ORDERED that Attachments A and B to Government's Response to Defendant's Motion for a Reduction in Sentence under 18 U.S.C. § 3582(c)(1)(A) (Dkt. No. 434) be filed under seal.

DATED this 4th day of November 2022.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

Presented by:

/s/ Teal Luthy Miller
TEAL LUTHY MILLER
Assistant United States Attorney

Sealing Order                                    - 2                    UNITED STATES ATTORNEY
*U.S. v. Aguilar Valencia,* CR15-00202 JCC                               700 STEWART STREET, SUITE 5220
                                                                         SEATTLE, WASHINGTON 98101
                                                                         (206) 553-7970